# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO.  5:14-cr-00244

DONALD L. BLANKENSHIP,

        Defendant.

### ORDER

        The Court has reviewed the indictment in the above-styled matter which was returned on November 13, 2014. The Court observes that the Defendant and the matters which are referenced in the indictment have been the subject of publicity. After careful consideration and in light of the prior publicity, the Court finds it necessary to take precautions to insure that the Government and the Defendant can seat jurors who can be fair and impartial and whose verdict is based only upon evidence presented during trial.

        Wherefore, the Court does hereby **ORDER** that neither the parties, their counsel, other representatives or members of their staff, potential witnesses, including actual and alleged victims, investigators, family members of actual and alleged victims as well as of the Defendant, nor any court personnel shall make any statements of any nature, in any form, or release any documents to the media or any other entity regarding the facts or substance of this case.

        The Court further **ORDERS** that any and all motions, stipulations, discovery requests, responses, supplemental requests and responses, and other relevant documents shall be filed

directly with the Clerk pursuant to Rule 49.1 of the Local Rules of Criminal Procedure. Finally, the Court **ORDERS** that access to all documents filed on CM/ECF in the above styled matter be restricted to the case participants and court personnel. Lastly, the Court **DIRECTS** the Clerk to make the docket entries publicly available.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: November 14, 2014

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA