# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 11/20/2014                                                         Case Number 5:14-cr-00244
Case Style: USA v. Donald L. Blankenship
Type of hearing Status Conference
Before the honorable: 25BD-VanDervort
Court Reporter Ayme Cochran                                              Courtroom Deputy Melissa Keene
Attorney(s) for the Plaintiff or Government Steven R. Ruby


Attorney(s) for the Defendant(s) Eric R. Delinsky


Law Clerk MBN                                                            Probation Officer

### Trial Time


### Non-Trial Time


### Court Time

12:30 pm   to 12:50 pm
Total Court Time: 0 Hours 20 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

-Present:  Defendant with counsel, John Tinney, Eric R. Delinsky and Miles Clark
-Met with parties in chambers to discuss Arraignment
-Advised parties of what was expected
-Addressed questions and concerns of parties