PS 40 (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

West Virginia Southern

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** Joe E Black, USPO
1200 U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301-2523

☒ **Original Notice**
**Date:** 12/01/2014
**By:** Joe E. Black, USPO

☐ **Notice of Disposition**
**Date:**
**By:**

Defendant    Donald L. Blankenship
Case Number: [0425 5:14CR00244]-[001]

Date of Birth: 03/14/1950
SSN: [redacted]
Place of Birth: Stopover, Kentucky, United States

**Notice of Court Order** (Order Date: _____)

☐ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered passport number 450857587 and/or passport card number _____ to the custody of the U.S. District Court on 11/20/2014.

**NOTICE OF DISPOSITION**
The above case has been disposed of.
☐ The above order of the court is no longer in effect.
☐ Defendant not convicted – Document returned to defendant.
☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court