**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                     CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

                Defendant.

**ORDER**

On the 12th day of January, 2015, the Court reviewed the docket in the above-styled matter and found that Document No. 65 contains an error inasmuch as it reflects an inaccurate entry date of December 7, 2014.   The actual entry date was January 7, 2015.

Wherefore, by this entry, the Court **ORDERS** that the same be corrected and that the entry date of Document No. 65 be reflected as January 7, 2015.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                       ENTER:    January 12, 2015

                              IRENE C. BERGER
                        UNITED STATES DISTRICT JUDGE
                  SOUTHERN DISTRICT OF WEST VIRGINIA