IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

    Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

Come now James A. Walls, Alexander Macia, and Spilman Thomas & Battle, PLLC, and inform the Court that they are substituting for John H. Tinney, Jr. and The Tinney Law Firm, as counsel on behalf of defendant Donald L. Blankenship in the above-styled action. All future pleadings, correspondence and other documents should be served on James A. Walls, Alexander Macia, and Spilman Thomas & Battle, PLLC at the addresses shown below.

Dated: January 21, 2015

                                DONALD L. BLANKENSHIP

                                By Spilman Thomas & Battle, PLLC

                                /s/ James A. Walls
                                James A. Walls (WVSB # 5175)
                                48 Donley Street, Suite 800 (26501)
                                P.O. Box 615
                                Morgantown, WV 26501
                                304-291-7947 - telephone
                                304-291-7979 - facsimile

Alexander Macia (WVSB # 6077)
P.O. Box 273
Charleston, WV 25321-0273
304-340-3800 - telephone
304-340-3801 - facsimile


/s/ John H. Tinney, Jr.
John H. Tinney, Jr. (WVSB # 6970)
The Tinney Law Firm
P.O. Box 3752
Charleston, WV 25337-3752
304-720-3310 - telephone
304-720-3315 - facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing NOTICE OF SUBSTITUTION OF COUNSEL has been electronically filed and service has been made by virtue of such electronic filing this 21st day of January, 2015 on:

    R. Booth Goodwin, II, Esquire
    Steven R. Ruby, Esquire
    U.S. Attorney's Office
    P.O. Box 1713
    Charleston, WV 25326-1713

                                        /s/ James A. Walls
                                        James A. Walls (WVSB # 5175)

6914767