IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.            CRIMINAL ACTION NO. 5:14-cr-00244

DONALD L. BLANKENSHIP,

    Defendant.

**ORDER**

The Court has reviewed the *Defendant's Motion for Extension of Time to File Motion to Transfer this Case to Another District for Trial* (Document 71), filed on January 28, 2015. Therein, the Defendant requests "a two week extension of time—until February 20, 2015—to file a motion to transfer this case to another district." (*Id.* at 1.) For support, he cites the "particularly cumbersome and time consuming" task of collecting and processing "electronic media, especially past television broadcasts." (*Id.*)

Wherefore, after careful consideration, the Court **ORDERS** that the United States file its response to the motion by **5:00 P.M., on Tuesday**, **February 3**, **2015**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

        ENTER:     January 30, 2015

*[signature: Irene C. Berger]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA