IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 5:14-cr-00244 |
| **DONALD L. BLANKENSHIP** | ) ) ) | |

### DEFENSE MOTION NO. 1
### MOTION TO DISQUALIFY THIS COURT AND ALL THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF WEST VIRGINIA</u>

Donald L. Blankenship, through undersigned counsel, hereby moves this Court to disqualify itself, and all the other judges on the Southern District of West Virginia, and to refer this case to the chief judge of the Fourth Circuit to designate another district judge of the circuit to preside. *See* 28 U.S.C. § 292(b). The factual and legal bases for this Motion are set forth in the accompanying Memorandum.

Dated: February 6, 2015

Respectfully submitted,

 /s/ William W. Taylor, III
William W. Taylor, III
Blair G. Brown
Eric R. Delinsky
R. Miles Clark
Steven N. Herman
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800 (phone)
202-822-8106 (fax)
wtaylor@zuckerman.com
bbrown@zuckerman.com
edelinsky@zuckerman.com
mclark@zuckerman.com
sherman@zuckerman.com

                                       */s/ James A. Walls*
James A. Walls (WVSB #5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
P.O. Box 615
Morgantown, WV 26501
304-291-7947 (phone)
304-291-7979 (fax)
jwalls@spilmanlaw.com

*Counsel for Donald L. Blankenship*

## **CERTIFICATE OF SERVICE**

 I hereby certify that the foregoing has been electronically filed and service has been made by virtue of such electronic filing this 6th day of February 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
United States Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

              _/s/ Eric R. Delinsky_____
              Eric R. Delinsky