# EXHIBIT A

Like 6.2m    Follow    SIGN IN    Search

HOME | VIDEO | U.S. | WORLD | POLITICS | ENTERTAINMENT | TECH | HEALTH | LIFESTYLE | SHOWS | MORE

NOW   JORDANIAN PILOT   •   HARPER LEE SECOND NOVEL   •   BOBBI KRISTINA BROWN   •   SUGE KNIGHT   •
SUPER BOWL COMMERCIALS

HOME | VIDEO | U.S. | WORLD | POLITICS | ENTERTAINMENT | TECH | HEALTH | LIFESTYLE | MONEY | MORE

# US Senator: Coal Boss Don Blankenship Has 'Blood on His Hands'

April 2, 2014

By **BRIAN ROSS**, **MEGAN CHUCHMACH**, **MATTHEW MOSK** and **RHONDA SCHWARTZ** via **WORLD NEWS**

Like 874    237    109    g+1 0    |    40 Comments

Senator: Coal Boss Has 'Blood on His Hands' in Mining Disaster

**NEXT VIDEO**
Centenarian Words To Live By Captured In A Super Bowl Ad

AUTO START: ON | OFF

Four years into the criminal investigation of the nation's worst mining disaster in decades, federal officials told ABC News that prosecutors are now focused on the role of West Virginia coal boss Donald L. Blankenship.

"I believe this permeated from the top down – from Don Blankenship down," said U.S. Sen. Joe Manchin, D-W.V., who was governor at the time of the blast. "I believe that Don has blood on his hands. And I believe that justice will be done."

Pressure has been steadily increasing for prosecutors to make their move against the controversial former chief executive of Massey Energy, which owned and operated the Upper Big Branch mine when 29 coal workers were **killed in an explosion** in April 2010.

**WATCH the full Brian Ross report on ABC News' "World News With Diane Sawyer" and "Nightline" tonight.**

Federal officials have prosecuted four Massey employees -- most recently exacting a guilty plea from a high ranking official who acknowledged that the company employed a practice of tipping off mine workers when a safety inspector was coming onto the site.

U.S. Attorney R. Booth Goodwin II told ABC News that prosecutions to date show his office has been methodically going "up the line, and consistently so" in assessing whether conduct by mine operators may have led to the explosion.

"What we have seen is a conspiracy to violate mine safety and health laws," Goodwin said. "And that conspiracy was very pervasive."

**HOT RIGHT NOW**

1  ISIS Appears to Kill Jordanian Pilot in New Video

2  Flood of Donations For Man With 21-Mile Walking Commute

3  Whistleblowers: US Gave Visas to Suspected Criminals

4  Bobbi Kristina Brown 'Is Fighting for Her Life'

5  NTSB: Selfies Likely Caused Colorado Plane Crash


AdChoices

**YOU MIGHT ALSO LIKE...**




First Look: Budweiser Lost Puppy Super
Police Find Video of Victim's Rape by



The Super Bowl Ads That Already Have
Two Super Bowl Commercials You

Official state and federal investigations into the tragedy have already concluded that loss of life could have been avoided had the mine been operated more safely.

Families of the victims, angered by the slow pace of the criminal probe, held a rally in front of the federal court house Wednesday demanding justice in the case.

Meanwhile, Blankenship has launched a preemptive public relations onslaught, releasing a 50-minute film called "Never Again" which offers what he says is proof that the explosion was the result of an unexpected surge of natural gas into the mine shaft – not the result of safety deficiencies.

In an hour-long interview with ABC News, portions of which will be broadcast tonight on "World News With Diane Sawyer" and "Nightline," Blankenship argued that scientific evidence will vindicate him.

"No one ever did more for improving or trying to improve safety," Blankenship said.

In the film, and in interviews he is giving this week, Blankenship speaks at length about his views on the mining disaster, focusing attention on what he believes are shortcomings by federal regulators who could be doing more to make mines more safe.

The public relations offensive comes after Blankenship refused to participate in the official state and federal investigations into the disaster – with his lawyer invoking his fifth amendment rights in a letter to investigators. Blankenship told ABC News he declined to meet with investigators because he did not believe they would treat him fairly.

"Because the people doing the investigating were also doing the regulating and the inspecting," he said. "And when you're investigating yourself, it's not going to be a fair investigation."

Blankenship has long been a larger-than-life figure in West Virginia, where he was once accused of making campaign donations to try and **tilt the balance of the state supreme court** in his favor, and where his strong-fisted leadership of the giant coal conglomerate made him both famous and feared.

PAGE 1 | 2
VIEW SINGLE PAGE

Like 874    237    109   +1 0    40 Comments

## PROMOTED STORIES


**The US needs Turkey in the war against ISIS** *(TheHill.com)*


**Who Knew These 17 Gay Actors Play Straight Characters?** *(POPnHOP)*

- The Story Behind Your Surname Might Surprise You *(Ancestry)*
- Two Super Bowl Commercials You Don't Want to Miss [VIDEO] *(Esurance)*
- A New And Unique Approach To Bullying. Yes, It Works! *(How We Stop Bullying)*
- What Gen X Has to Say About Baby Boomers in the Workplace *(Work Intelligently by Ricoh)*
- Here Are The States With The Most Firearms (Hint: Not Texas) *(FindTheBest)*

Recommended by

## MORE FROM ABC NEWS


**First Look: Budweiser Lost Puppy Super Bowl Commercial**


**Heartbreak and Anger Outside Jordanian Pilot's Family Home**

- Coal Boss Don Blankenship Has Full Support of Massey Energy Board
- Coal Boss Don Blankenship Cast as Cavalier About Worker Safety in Lawsuits
- Owner 'Reckless' in W.Va. Coal Mine Blast
  - Centenarian Words to Live By Captured in a Super Bowl Ad
  - Chris Kyle's Widow Shares Memories of Her Husband
  - American Academy of Pediatrics Call to Action to Vaccinate Children

More Video »

**RELATED TOPICS:** Don Blankenship, West Virginia Mine Explosion, Diane Sawyer, Massey Energy, U.S., Joe Manchin, Natural Gas

---

### PHOTO GALLERIES



View: **Your Favorite Star Wars Costumes on Display**
Entertainment

### SEE IT, SHARE IT

- **Devastated City Left in Ruins After ISIS Defeated** — ABC News
- **Bobbi Kristina Brown Has Been Moved From Hospital** — Tiffany Rose/Getty Images
- **See the Oscar Nominees In One Photo!** — Kevin Winter/Getty Images
- **How a College Art Project Shut Down an Atlanta Highway** — City of Atlanta Police Department
- **Christie's Luxe Life Is Thanks to 'Friends' and Legal Loophole** — Ric Tapia/AP Photo
- **Parents Accused of Leaving Kids in Car to Go Wine Tasting** — WJLA
- **Holder Takes Parting Shot at GOP** — ABC News