**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BECKLEY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 5:14-0244 |
| | ) | |
| **DONALD L. BLANKENSHIP** | ) | |

## ORDER

A hearing is scheduled before the undersigned for consideration of pretrial Motions on Tuesday, March 3, 2015, at 10:30 a.m. (Document No. 61.). Defendant has filed a number of Motions and the United States has filed Responses. It remains at this writing for Defendant to file Replies to those Motions. Additionally, Defendant has filed a Motion to Convert the March 3, 2015 Hearing Date into a Hearing Solely on Defense Motions Nos. 1 and 2. (Document No. 140.) In view of the number of Motions filed, the issues presented by some of them and the rather short amount of time for the Court to prepare for the Motions hearing after Defendant's Replies are filed, the Court finds it necessary to continue the pretrial Motions hearing. It is therefore hereby **ORDERED** that the pretrial Motions hearing scheduled for Tuesday, March 3, 2015, at 10:30 a.m. is continued generally. It is further **ORDERED** that Defendant's Motion to Convert the Motions Hearing into a Hearing Solely on Defense Motions 1 and 2 (Document No. 140.) is **DENIED as moot**.

The Clerk is directed to transmit a copy of this Order to counsel of record.

ENTER: February 26, 2015.

R. Clarke VanDervort
United States Magistrate Judge