# EXHIBIT B

**Ojeda, Stephanie**

From: Adkins, Chris
Sent: Thursday, February 04, 2010 9:05 AM
To: Blankenship, Don L.; Phillips Jr., Baxter F.; Clemens, Mark; Snelling, Mike
Cc: Ojeda, Stephanie; Harvey, Shane; Chamberlin, Elizabeth
Subject: Safety Initiatives for 2010

Mr. Blankenship,

In 2009 we reduced violations 15% in numbers and 20% in dollars 2009 versus 2008. In January 2010 versus January 2009 we have reduced the numbers by 13%.

The following is a list of safety initiatives for 2010 that we are working on:

1. We required 20,000 cfm in every last open crosscut of each split of air on the section. MSHA requires 9,000.

2. As you recall we invented the roof bolt flappers. We are now installing "Reverse flappers" that Fletcher has come up with to protect the operator even more on bolters. We have 20 bolters on order.

3. We have barred the use of metal handled cable cutters and are placing fiberglass handle cutters in place with all electricians.

4. We have ordered roof bolters that have angle boom drills for use in sections. This will allow us to bolt ribs safer. We plan to update the entire fleet over the next few years through purchases of new equipment.

5. All new 32 Miners will have Proximity protection devices

4/20/2010

CONFIDENTIAL
FOIA CONFIDENTIAL

MEC-MPRIT-10000306
PCC-DOJ-03394484

from Nautilus.

6. We have a new "Hard Hat" that will be available by Q2 that will have temple protection, hearing protection, communication, and light all built into the hat. Our goal is to be cordless.

7. We have designed and are fabricating a new pogo stick with arms on it that goes behind curtain in the faces. These arms unfold and stick out to each side, on the top and bottom of the pogo stick, to hold the curtain in place and provide more area for airflow.

8. We have gone from a 9 oz. curtain to a heavier 13 oz. curtain to keep the air from blowing the curtain against the rib and lessen the ability to rip.

9. We are having Jenmar punch a hole in the side of the pizza pan to hang curtain. This will allow us to have 9 more inches of area behind the curtain for air to flow.

10. We are installing a shielded cable on all battery leads of dozers to stop the arcing and potential dozer fires.

11. We have rock dust survey kits out to about 10 of our mines now for firebosses to take our own rock dust surveys. The rest are being fabricated to distribute.

12. We have ordered 1.4 million dollars of trickle dusters over the past 2 years. This year we specified that there would be one on every section blowing dust into the returns each day.

13. By May 1 we will have doors on all scoops even

4/20/2010

CONFIDENTIAL

FOIA CONFIDENTIAL

MEC-MPRIT-10000307

PCC-DOJ-03394485

though they are not designed to have any.

14. We have instituted 10 foot curtain boards for fly pads instead of 16 foot. Putting up 2 10 foot boards allows the fly pads to go from rib to rib whereas in the 16 foot never did.

15. We document and track each violation by the individual that causes the Hazard to exist.

4/20/2010

CONFIDENTIAL
FOIA CONFIDENTIAL

MEC-MPRIT-10000308
PCC-DOJ-03394486