IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 5:14-cr-00244 |
| **DONALD L. BLANKENSHIP** | ) ) ) | |

**DEFENDANT'S MOTION FOR RELEASE TO THE PARTIES OF THE TRANSCRIPT OF THE CONFERENCE HELD BY THIS COURT ON JANUARY 30, 2015**

Mr. Blankenship, through counsel, hereby moves for release to the parties of the transcript of this Court's January 30, 2015 conference with the parties. In support of this Motion, counsel for Mr. Blankenship state as follows:

1. On January 27, 2015, Mr. Blankenship's counsel requested a conference with this Court.

2. On January 30, 2015, this Court granted Mr. Blankenship's counsel's request and convened the parties telephonically. A court reporter transcribed the conference.

3. On February 26, 2015, Mr. Blankenship's counsel requested a transcript of the conference from the court reporter.

4. On February 27, 2015, the Court reporter informed Mr. Blankenship's counsel that the transcript was under seal and that even the parties would need an order to obtain it.

5. Accordingly, Mr. Blankenship respectfully requests that this Court enter an order that the transcript of the January 30, 2015 conference may be provided by the court reporter to the parties.

6. Mr. Blankenship's counsel conferred with the government, and it consents to this motion.

WHEREFORE, for the reasons set forth above and for such other reasons as may appear to the Court, Mr. Blankenship's counsel request that this motion be granted, and that the transcript of the conference held by this Court on January 30, 2015 be made available to the parties.

Dated: March 10, 2015

Respectfully submitted,

   */s/ William W. Taylor, III*
William W. Taylor, III
Blair G. Brown
Eric R. Delinsky
R. Miles Clark
Steven N. Herman
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
202-778-1800 (phone)
202-822-8106 (fax)
wtaylor@zuckerman.com
bbrown@zuckerman.com
edelinsky@zuckerman.com
mclark@zuckerman.com
sherman@zuckerman.com

   */s/ James A. Walls*
James A. Walls (WVSB #5175)
SPILMAN THOMAS & BATTLE, PLLC
48 Donley Street, Suite 800
P.O. Box 615
Morgantown, WV 26501
304-291-7947 (phone)
304-291-7979 (fax)
jwalls@spilmanlaw.com

*Counsel for Donald L. Blankenship*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed and service has been made by virtue of such electronic filing this 10th day of March 2015 on:

R. Booth Goodwin, II
Steven R. Ruby
United States Attorney's Office
P.O. Box 1713
Charleston, WV 25326-1713

                                          */s/ Steven N. Herman*
                                          Steven N. Herman