UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA

v.   Criminal Case Number: 5:14-cr-00244

DONALD L. BLANKENSHIP

**O R D E R**

The Federal Grand Jury has returned a Superseding Indictment against the above-named Defendant. Accordingly, it is hereby **ORDERED** that the Defendant next appear for Arraignment before the undersigned on **Tuesday, March 24, 2015, at 10:30 a.m., in Beckley**.

The Clerk is directed to provide a copy of this Order to the Defendant, all counsel of record, the Probation Department, and the United States Marshal in this District.

ENTER: March 11, 2015

R. Clarke VanDervort
United States Magistrate Judge